UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRANK EVANS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RAYMOND MADDEN,<br><br>　　　　Respondent. | No. 2:18-cv-1868 TLN DB P<br><br><br>ORDER |

Petitioner has requested an extension of time to file a response to the pending motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 13) is granted; and

2. Petitioner shall file a response within thirty days from the date of this order.

DATED: February 26, 2019

　　　　　　　　　　　　　　　　　　/s/ DEBORAH BARNES
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/evan1868.111